**Jamil Scurry**
404 East Ridley Ave
Ridley Park, PA 19078
215-713-5940

**Date:** May 6, 2026

**Clerk of Court**
United States Bankruptcy Court
Eastern District of Pennsylvania
Robert N.C. Nix Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107

**Re: Case No. 25-10177 (AMC)**

Dear Clerk of Court,

I am writing regarding the above-referenced bankruptcy case.

After reviewing my consumer credit reports, I have observed that the bankruptcy filing associated with this case is being reported by multiple consumer reporting agencies, including TransUnion, Experian, Equifax, and LexisNexis.

I respectfully request written confirmation as to whether the United States Bankruptcy Court for the Eastern District of Pennsylvania has directly furnished or transmitted any information related to my bankruptcy case to these consumer reporting agencies.

If the Court does not provide such information, I would appreciate clarification regarding the Court's policy or procedures concerning the dissemination of bankruptcy case information to third parties.

Thank you for your time and assistance in this matter. I look forward to your response.

Respectfully,
**Jamil Scurry**



FILED

MAY 1 1 2026

CLERK OF COURT
DEP CLERK

BY